UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACOB MCGOVNEY, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>AEROHIVE NETWORKS, INC., et al.,<br><br>     Defendants. | Case No. 18-CV-00435-LHK<br><br>**JUDGMENT** |

On August 7, 2019, the Court dismissed Plaintiffs' Consolidated Second Amended Class Action Complaint with prejudice. ECF No. 72. Accordingly, the Clerk shall enter judgment in favor of Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 7, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 18-CV-00435-LHK
JUDGMENT

1